SARAH A. McCLUSKEY, Respondent, *v.* THE NATIONAL LIFE ASSOCIATION of Hartford, Conn., Appellant.

*McCluskey* v. *National L. Assn.,* 77 Hun, 556, affirmed.
(Argued June 3, 1896; decided June 19, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made February 13, 1894, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Circuit without a jury.

*E. T. Lovatt* for appellant.

*O. A. Dennis* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DAVID G. ORR, Appellant.

*People* v. *Orr,* 92 Hun, 199, affirmed.
(Argued June 4, 1896; decided June 19, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered December 26, 1895, which affirmed a judgment of the Court of Sessions of Onondaga county convicting defendant of seduction under promise of marriage, and also affirmed an order denying a motion for a new trial.

*Harrison Hoyt* for appellant.

*B. J. Shove* for respondent.

Judgment affirmed, on opinion below.
All concur, except BARTLETT, J., dissenting, on the ground that there was no corroboration of the promise of marriage, and MARTIN, J., not sitting.